**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
            By:     Alain Leibman, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(609) 896-3600
Attorneys for David A. Lewis

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 10-689 (DRD) |
| v. | **CONSENT ORDER TO RELEASE PASSPORT TEMPORARILY** |
| DAVID LEWIS | |

THIS MATTER having been opened to the Court on the application of defendant David Lewis, by his attorney Fox Rothschild LLP (Alain Leibman, Esq., on the application) for the temporary release to Mr. Lewis of his passport by the U.S. Pretrial Services Agency (Daniel Milne, Pretrial Services Officer) to allow Mr. Lewis to take an approved trip out of the country from January 26-30, 2011, with the consent of the United States Attorney's Office affixed hereto (by Christopher J. Kelly, AUSA), and for good cause shown;

IT IS on this __19th__ day of January 2011, ORDERED as follows:

1.      The U.S. Pretrial Services Agency shall return to defendant David Lewis his passport on or before January 25, 2011 for the sole purpose of his making a pre-approved trip outside the United States from January 25-30, 2011, according to the itinerary provided to and approved by Pretrial Services.

- 1 -

    2.     Mr. Lewis is directed to return his passport to his Pretrial Services Officer on or before February 1, 2011.

We hereby consent to the form
and entry of this Order.

FOX ROTHSCHILD LLP

By: _____
        Alain Leibman, Esq.

UNITED STATES ATTORNEY'S OFFICE

By: _____
     Christopher J. Kelly, AUSA

SO ORDERED:

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

- 2 -