UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | | Crim. No. 10-689 (DRD) |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| DAVID LEWIS | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Christopher J. Kelly, Assistant U.S. Attorney appearing), and defendant David Lewis (Alain Leibman, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented through counsel to such a continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to proceed with those negotiations, which may thereby render trial of this matter unnecessary.

2. The defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 10th day of February, 2011,

IT IS ORDERED that the period from February 9, 2011, through March 31, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. DICKINSON R. DEBEVOISE
United States District Judge

Form and entry
consented to:

Christopher J. Kelly
Assistant U.S. Attorney

Alain Leibman, Esq.
Counsel for defendant David Lewis