**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   Alain Leibman, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(609) 896-3600
Attorneys for David A. Lewis

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEWIS | Criminal No. 10-689 (DRD)<br><br>**CONSENT ORDER TO RELEASE PASSPORT TEMPORARILY** |

THIS MATTER having been opened to the Court on the application of defendant David Lewis, by his attorney Fox Rothschild LLP (Alain Leibman, Esq., on the application) for the temporary release to Mr. Lewis of his passport by the U.S. Pretrial Services Agency (Daniel Milne, Pretrial Services Officer) to allow Mr. Lewis to take an approved trip out of the country from February 25-27, 2011, with the consent of the United States Attorney's Office affixed hereto (by Christopher J. Kelly, AUSA), and for good cause shown;

IT IS on this 25th day of February 2011, ORDERED as follows:

1.   The U.S. Pretrial Services Agency shall return to defendant David Lewis his passport on or before February 25, 2011 for the sole purpose of his making a pre-approved trip outside the United States from February 25-27, 2011, according to the itinerary provided to and approved by Pretrial Services.

LVI 1313149v2 02/24/11


2. Mr. Lewis is directed to return his passport to his Pretrial Services Officer on or before February 27, 2011.

We hereby consent to the form
and entry of this Order.

| FOX ROTHSCHILD LLP | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| By: *Alain Leibman* | By: *[signature]* |
| Alain Leibman, Esq. | Christopher J. Kelly, AUSA |

SO ORDERED:

*[signature]*
HON. DICKINSON R. DEBEVOISE
United States District Judge

- 2 -