UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Crim. No. 10-00689-001(DRD) |
| v. | **ORDER** |
| DAVID A. LEWIS | |
| Defendant. | |

Defendant, David A. Lewis, having requested that his prison reporting date be extended from September 19, 2011 to October 15, 2011;

IT is this 12th day of September, 2011

**ORDERED** that defendant shall report to the Brooklyn Federal Prison on October 15, 2011 or on such later date as may be designated by the Probation Office.

_____
DICKINSON R. DEBEVOISE
U.S.S.D.J.